1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CLARENCE RAY BEAUFORD, | ) | No. CV 10-1885-DDP(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A. HEDGPETH (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   July 30, 2013

_____
DEAN D. PREGERSON
United States District Judge